FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 24 2017

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UNITED STATES                                                                    PLAINTIFF

V.                                    NO. 4:16CR00272-KGB-1

TIFFANY RODRIGUEZ                                                          DEFENDANT

## ORDER

Pending before the Court is the Government's Motion for Revocation of Release and for Summons (Doc. 20). For good cause shown, the request for issuance of summons is GRANTED. The Clerk is directed to issue summons to defendant Tiffany Rodriguez for appearance at a hearing before Magistrate Judge Patricia S. Harris on May 4, 2017, at 1:00 p.m. to show cause why her release should not be revoked.

IT IS SO ORDERED this 24th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE